# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-1062**                     **September Term, 2025**

**FCC-25-331**

**Filed On: March 21, 2026** [2164869]

Broadband Communications Association of
Pennsylvania, et al.,

        Appellants

        v.

Federal Communications Commission,

        Appellee

## O R D E R

The notice of appeal in this case was filed and docketed on March 21, 2026, and assigned the above number. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 20, 2026 |
| Docketing Statement Form | April 20, 2026 |
| Procedural Motions, if any | April 20, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 20, 2026 |
| Statement of Issues to be Raised | April 20, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | April 20, 2026 |
| Dispositive Motions, if any | May 5, 2026 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-1062**                         **September Term, 2025**

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | April 20, 2026 |
| Procedural Motions, if any | April 20, 2026 |
| Certified Index to the Record | May 5, 2026 |
| Dispositive Motions, if any | May 5, 2026 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                       BY:    /s/
                               Emily K. Campbell
                               Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)