**ORAL ARGUMENT NOT YET SCHEDULED**

No. 26-1062

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

BROADBAND COMMUNICATIONS ASSOCIATION OF PENNSYLVANIA;
BROADBAND COMMUNICATIONS ASSOCIATION OF WASHINGTON; INDIANA
CABLE AND BROADBAND ASSOCIATION; MISSISSIPPI INTERNET AND
TELEVISION; TENNESSEE CABLE & BROADBAND ASSOCIATION; VCTA –
BROADBAND ASSOCIATION OF VIRGINIA; and NEWSMAX MEDIA INC.,

*Appellants/Petitioners,*

v.

FEDERAL COMMUNICATIONS COMMISSION,

*Appellee/Respondent.*

---

On Notice of Appeal from
an Order of the Federal Communications Commission,
MB Docket No. 25-331

---

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*
CONSERVATIVE POLITICAL ACTION COALITION
FOUNDATION CENTER FOR REGULATORY FREEDOM IN
SUPPORT OF APPELLANTS/PETITIONERS**

---

Arthur J. Burke
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4352
arthur.burke@davispolk.com

March 21, 2026                           *Counsel for Amicus Curiae*

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 29(a)(4)(A) of the Federal Rules of Appellate Procedure, and consistent with D.C. Circuit Rule 26.1, *amicus curiae* states that the Center for Regulatory Freedom is a project of the American Conservative Union Foundation (d/b/a Conservative Political Action Coalition Foundation), an independent 501(c)(3) nonpartisan, nonprofit organization with no parent corporation and no publicly held corporation owning 10% or more of its stock or other interest in the organization.

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), *amicus curiae* the American Conservative Union Foundation (d/b/a Conservative Political Action Coalition Foundation) Center for Regulatory Freedom hereby certifies as follows:

**A.     Parties.**

Except for the American Conservative Union Foundation (d/b/a Conservative Political Action Coalition Foundation) Center for Regulatory Freedom, and any other amici who have not yet entered an appearance in this Court, all parties, intervenors and amici appearing in this Court are listed in the Brief for Appellants.

**B.     Rulings Under Review.**

References to the ruling at issue appear in the Brief for Appellants.

**C.     Related Cases.**

*Amicus curiae* adopts the statement of related cases presented in the Brief for Appellants.

**MOTION FOR LEAVE TO FILE *AMICUS* BRIEF**

Pursuant to Rule 29(a)(3) of the Federal Rules of Appellate Procedure, *amicus curiae* the American Conservative Union Foundation (d/b/a Conservative Political Action Coalition Foundation ("CPAC Foundation")) Center for Regulatory Freedom ("CRF") respectfully requests leave to file an amicus brief in support of Petitioners-Appellants' Emergency Motion for Stay and Injunction Pending Appeal of the Federal Communications Commission's Media Bureau's Memorandum Opinion and Order dated March 19, 2026. The CPAC Foundation Center for Regulatory Freedom has a substantial interest in this case, justifying its participation as amicus. Fed. R. App. P. 29(a)(3)(A)–(B). The CPAC Foundation Center for Regulatory Freedom has filed this brief in accordance with the time limitations described in Rule 29(a)(6) of Federal Rules of Appellate Procedure. *See also* D.C. Cir. R. 29(c). The CPAC Foundation Center for Regulatory Freedom has also limited its brief to half of the words allowed for the principal briefs. Fed. R. App. P. 29(a)(5); D.C. Cir. R. 29(a)(5).

CRF is a project of the CPAC Foundation, an independent 501(c)(3) nonprofit, nonpartisan research, and education foundation. CRF has an interest as *amicus curiae* because it has regularly engaged in the market share cap and quadrennial review proceedings of the Federal Communications

Commission ("FCC").  Through CRF, the CPAC Foundation has consistently advanced a regulatory discipline framework grounded in economic analysis, viewpoint diversity, and the structural implications of ownership restrictions in modern media markets.  To date, CRF has authored numerous formal comments to the FCC regarding the broadcast ownership rules.

Among the issues addressed, *amicus curiae* believes that its brief is useful in providing the Court with additional detail regarding an analysis conducted by the CPAC Foundation Center for Regulatory Freedom regarding the Federal Communications Commission's lack of authority to waive the National Television Multiple Ownership Rule and its failure to engage in a proper public interest analysis in connection with its waiver of broadcast ownership rules relating to Nexstar Media Inc.'s acquisition of TEGNA Inc.  As *amicus curiae*, CRF brings a distinct, policy-grounded perspective in support of Petitioners-Appellants, situating Nexstar Media Inc.'s acquisition of TEGNA Inc. within the broader context of regulatory accumulation and its downstream effects on investment, localism, and consumer access to content.

For these reasons, the Court should grant leave to file the accompanying brief and direct the Clerk to accept the proposed brief for filing.

Respectfully submitted,

/s/ Arthur J. Burke

Arthur J. Burke
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4352
arthur.burke@davispolk.com

Dated:  March 21, 2026          *Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit in Fed. R. App. P. 27(d)(2)(A) because it contains 384 words.

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 14-point Times New Roman font.

Respectfully submitted,

/s/ Arthur J. Burke

Arthur J. Burke
*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on March 21, 2026. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed this 21st day of March, 2026.

/s/ Arthur J. Burke

Arthur J. Burke
*Counsel for Amicus Curiae*