# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-1062**                                  **September Term, 2025**

**FCC-25-331**

**Filed On:** March 22, 2026

Broadband Communications Association of
Pennsylvania, et al.,

           Appellants

      v.

Federal Communications Commission,

           Appellee

------------------------------

DIRECTV, LLC,
           Intervenor

**BEFORE:**    Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, which includes a request for an administrative stay; and the response in support thereof, it is

**ORDERED**, on the court's own motion, that appellee file a response to the emergency motion by noon on Thursday, March 26. Appellants may file a reply by 5:00 p.m. on Friday, March 27.

### Per Curiam

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

          BY:    /s/
                      Emily Campbell
                      Deputy Clerk