# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-1062**                    **September Term, 2025**

**FCC-25-331**

**Filed On: March 23, 2026** [2165084]

Broadband Communications Association of
Pennsylvania, et al.,

       Appellants

    v.

Federal Communications Commission,

       Appellee

----------------------------

DIRECTV, LLC,
          Intervenor
----------------------------

Consolidated with 26-1065

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Appellants in case No. 26-1065 are directed to file the following documents by the indicated dates:

| | |
|---|---|
| Docketing Statement Form | April 22, 2026 |
| Statement of Issues to be Raised | April 22, 2026 |

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:    /s/
       Scott H. Atchue
       Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form