# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-1062**           **September Term, 2025**

**FCC-25-331**

**Filed On:** March 24, 2026

Broadband Communications Association of
Pennsylvania, et al.,

        Appellants

     v.

Federal Communications Commission,

        Appellee
----------------------------
DIRECTV, LLC,
        Intervenor
----------------------------
Consolidated with 26-1065

**BEFORE:**     Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motions for stay pending appeal, and the response in support thereof, it is

**ORDERED**, on the court's own motion, that appellee file a combined response to the emergency motions by noon on Thursday, March 26. Appellants may file replies in support of their motions by 5:00 p.m. on Friday, March 27.

### Per Curiam

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

       BY:     /s/
                 Selena R. Gancasz
                 Deputy Clerk