**ORAL ARGUMENT NOT YET SCHEDULED**
**No. 26-1062**

# United States Court of Appeals
# for the District of Columbia Circuit

BROADBAND COMMUNICATIONS ASSOCIATION OF PENNSYLVANIA; BROADBAND COMMUNICATIONS ASSOCIATION OF WASHINGTON; INDIANA CABLE AND BROADBAND ASSOCIATION; MISSISSIPPI INTERNET AND TELEVISION; TENNESSEE CABLE & BROADBAND ASSOCIATION; VCTA – BROADBAND ASSOCIATION OF VIRGINIA; and NEWSMAX MEDIA INC.,

*Appellants/Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION,

*Appellee/Respondent*.

On Notice of Appeal from
an Order of the Federal Communications Commission,
MB Docket No. 25-331

## MOTION OF MICHAEL O'RIELLY FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

Amicus Curiae *Michael O'Rielly*
2304 N Harrison St
Arlington, VA 22205
202-412-3892

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAR 23 2026

RECEIVED

March 23, 2026

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rule 28(a)(1), the undersigned certifies the following:

### A.    Parties and *Amici*

Except for *amicus* Michael O'Rielly, *amicus* American Conservative Union Foundation (d/b/a Conservative Political Action Coalition Foundation) Center for Regulatory Freedom, and any other amici who have not yet entered an appearance in this Court, all parties, intervenors, and amici appearing before the Federal Communications Commission and in this Court are listed in Appellants/Petitioners' Notice of Appeal Or, In the Alternative, Emergency Petition for Writ of Mandamus.

### B.    Ruling Under Review

Reference to the ruling at issue appears in Appellants/Petitioners' Notice of Appeal Or, In the Alternative, Emergency Petition for Writ of Mandamus.

### C.    Related Cases

As also stated in Appellants/Petitioners' Notice of Appeal Or, In the Alternative, Emergency Petition for Writ of Mandamus, amicus is aware of no related cases pending in this Court.

2

## MOTION FOR LEAVE TO FILE *AMICUS* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29 and Circuit Rule 29, Michael O'Rielly respectfully moves for leave to file the accompanying brief as *amicus curiae* in support of Petitioners/Appellants. The proposed amicus brief is attached.

## I.     INTEREST OF AMICUS CURIAE

Amicus curiae Michael O'Rielly served as a Commissioner of the Federal Communications Commission (FCC) from 2013 to 2020. Earlier in his career, Mr. O'Rielly worked in the office of Senator John Sununu, serving as a Senior Legislative Assistant to Senator Sununu from 2003 to 2007. In that position, Mr. O'Rielly assisted in negotiating the Consolidated Appropriations Act of 2004, which established a new broadcast ownership cap that prohibits any person or entity from owning or controlling television stations that collectively reach more than 39 percent of all television households in the United States (the 39% cap). Mr. O'Rielly was later charged with enforcing this same law as a Commissioner.

## II.    REASONS WHY THE FILING OF MR. O'RIELLY'S BRIEF IS DESIRABLE

This matter raises questions regarding the 39% broadcast ownership cap that Mr. O'Rielly was personally involved in drafting and charged with enforcing as an FCC Commissioner. Former Commissioner O'Rielly is intimately familiar with the cap's background and requirements from both a legislative and agency perspective.

Mr. O'Rielly's brief provides his unique perspective on the statute and regulations at issue here, and will provide the Court with additional context and analysis that will assist it in resolving key interpretive questions.

## CONCLUSION

For the reasons set forth above, Mr. O'Rielly respectfully requests the Court permit the filing of this *amicus curiae* brief.

March 23, 2026                                    Respectfully submitted,

_____
*Amicus Curiae* Michael O'Rielly

## CERTIFICATE OF COMPLIANCE WITH RULE 32

1.     This document complies with the type-volume limit of Federal Rules of Appellate Procedure 29(a)(3) and 27(d) because this document contains 305 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(e)(1).

2.     This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman Font.

_____

*Amicus Curiae* Michael O'Rielly

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, the foregoing motion was served via

U.S. mail on the following:

Jonathan A. Friedman
Michael D. Hurwitz
Samuel H. Eckland
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006

Paul D. Clement
James Y. Xi
Kevin Wynosky
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Mark I. Bailen P.C.
Bailen Law
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036

*Attorneys For Petitioners*

Michael Nilsson
Timothy J. Simeone
E. Austin Bonner
Jason Neal
HWG LLP
1919 M St., NW, 8th Floor
Washington, DC 20036

*Attorneys For Intervenors - DIRECTV*

James M. Carr

William J. Scher
Jacob M. Lewis
Federal Communications Commission
45 L Street NE
Washington DC 20554

*Attorneys For Respondent Federal Communications Commission*

Arthur J. Burke
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Attorneys For Amicus Curiae – American Conservative Union Foundation (d/b/a
Conservative Political Action Coalition Foundation*

*Amicus Curiae* Michael O'Rielly