# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-1062**                    **September Term, 2025**

**FCC-25-331**

**Filed On: March 30, 2026** [2166030]

Broadband Communications Association of
Pennsylvania, et al.,

      Appellants

    v.

Federal Communications Commission,

      Appellee

-----------------------------

DIRECTV, LLC and Nexstar Media Inc.,
               Intervenors
-----------------------------

Consolidated with 26-1065

### O R D E R

Upon consideration of movant-amicus curiae Michael O'Rielly's motion to use electronic filing, it is

**ORDERED** that the motion be granted.  Movant-amicus curiae is permitted to participate as an ECF filer in the court's Case Management/Electronic Case Files system so long as he is not represented by an attorney.  See D.C. Cir. Rule 25(b)(2). Before filing electronically, movant-amicus curiae must submit to the court a NextGen non-attorney e-file registration through the PACER website.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

     BY:    /s/
             Louis Karl Fisher
             Deputy Clerk