

Federal Communications Commission
Washington, D.C. 20554

April 16, 2026

Clifton Cislak, Clerk
United States Court of Appeals
  for the District of Columbia Circuit
333 Constitution Ave., NW
Washington, DC  20001

  RE: *Broadband Communications Association of Pennsylvania v. FCC*, No.
    26-1062 (consolidated with No. 26-1065)

Dear Mr. Cislak:

  By letter dated April 6, 2026, appellants notified the Court of a letter sent to FCC Chairman Brendan Carr by Senators Ted Cruz and Maria Cantwell on March 30, 2026.  In their letter, the Senators asked Chairman Carr to submit written responses to a series of questions regarding the Media Bureau's approval of Nexstar's acquisition of Tegna.  The Chairman responded to the two Senators' questions by sending a letter to each Senator dated April 13, 2026.  (The content of each letter is identical.)  A copy of Chairman Carr's letters to Senators Cruz and Cantwell is attached.

        Respectfully submitted,

        /s/James M. Carr

        James M. Carr
        Counsel

cc: Counsel for all parties (via ECF)