

HWG LLP
1919 M STREET NW
WASHINGTON, DC 20036
TEL: +1 202 730 1300 | HWGLAW.COM

**Via CM/ECF**                                                      April 18, 2026

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, D.C. 20001

      Re:    *Broadband Communications Ass'n v. FCC*,
             No. 26-1062 (consolidated with No. 26-1065)

Dear Mr. Cislak:

Our firm represents DIRECTV, LLC, intervenor in the above-captioned cases that challenge a decision issued by the Media Bureau of the Federal Communications Commission on March 19, 2026. *See Consent to the Transfer of Control of TEGNA Inc. to Nexstar Media Inc.*, DA 26-267, MB Docket No. 25-331 (rel. Mar. 19, 2026) ("Order").

DIRECTV has submitted letters to inform the Court of the issuance of a temporary restraining order in litigation before the United States District Court for the Eastern District of California challenging the merger between Nexstar and TEGNA under the antitrust laws. On April 17, 2026, the district court issued a preliminary injunction to preserve the status quo and prohibit Nexstar and TEGNA from integration pending adjudication on the merits. The preliminary injunction will take effect starting April 21, 2026, at 5:00 p.m. PDT, and the court's previous TRO is extended through 6:00 p.m. PDT the same day, both to afford defendants the opportunity to appeal.

I am available to answer any questions or provide any further information that would assist the Court.

                        Respectfully submitted,

                        /s/ Timothy J. Simeone

                        Timothy J. Simeone

                        *Counsel to DIRECTV, LLC*