# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

BROADBAND COMMUNICATIONS ASSOCIATION OF PENNSYLVANIA; BROADBAND COMMUNICATIONS ASSOCIATION OF WASHINGTON; INDIANA CABLE AND BROADBAND ASSOCIATION; MISSISSIPPI INTERNET AND TELEVISION; TENNESSEE CABLE & BROADBAND ASSOCIATION; VCTA – BROADBAND ASSOCIATION OF VIRGINIA; and NEWSMAX MEDIA, INC.,

        *Appellants/Petitioners*,

        &

DIRECTV, LLC

        *Intervenor-Appellant/Petitioner*,

        v.

FEDERAL COMMUNICATIONS COMMISSION,

        *Appellee/Respondent*,

        &

NEXSTAR MEDIA INC.

        *Intervenor-Appellee/Respondent*,

Nos. 26-1062 (L) & 26-1065

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

**A.    Parties and Amici.**

Appellants/Petitioners in Case No. 26-1062 are the Broadband Communications Association of Pennsylvania; the Broadband Communications Association of Washington; the Indiana Cable and Broadband Association; Mississippi Internet and Television; the Tennessee Cable & Broadband Association; VCTA – Broadband Association of Virginia; and Newsmax Media Inc.  DIRECTV, LLC has intervened in support of Appellants/Petitioners in Case No. 26-1062.

Appellants/Petitioners in Case No. 26-1065 are Free Press; National Association of Broadcast Employees and Technicians—Communications Workers of America; The NewsGuild—Communications Workers of America; the United Church of Christ Media Justice Ministry, Inc.; and Public Knowledge.

The following persons and entities have filed amicus briefs in support of Appellants/Petitioners:

- Conservative Political Action Coalition Foundation Center for Regulatory Freedom

- Michael O'Rielly

- National Religious Broadcasters

- Zionist Organization of America

Appellee/Respondent in both cases is the Federal Communications Commission (FCC). Nexstar Media Inc. has intervened in support of the FCC in both cases.

The Center for American Rights had filed an amicus brief in support of Appellee/Respondent.

The following persons or entities also participated in proceedings before the Commission:

- American Federation of Teachers

- American Economic Liberties Project

- American Television Alliance

- Asian Americans Advancing Justice

- Asian and Pacific Islander American Vote

- Business Forward

- CCB License, LLC

- Center for Journalism & Liberty at Open Markets Institute

- Christopher Rollins

- Cincinnati Bell Extended Territories LLC d/b/a AltaFiber

- Committee for the First Amendment

- Common Cause

- Consumer Action

- Digital First Project

- EchoStar Corporation

- Empowering Pacific Islander Communities

- Eric Williams

- Fourth Branch Action

- Get Free

- Hawaiian Telecom Services Company, Inc.

- Hispanic Federation

- Hispanic Tech and Telecommunications Partnerships

- Indivisible

- Japanese American Citizens League

- Jim Petzel

- LGBT Tech

- Local Independent Online News Publishers

- Mafia Monthly

- Maher Akremi

- MANA, A National Latina Organization

- Media and Democracy Project

- Multicultural Media & Correspondents Association

- Multicultural Media, Telecom and Internet Council

3

- NAACP

- National Action Network

- National Association of Black Owned Broadcasters

- National Black Justice Collective

- National Coalition on Black Civic Participation

- National Content & Technology Cooperative

- National Council of Asian Pacific Americans

- National Council of Negro Women

- National Hispanic Media Coalition

- National LGBTQ Taskforce Action Fund

- National Newspaper Publishers Association

- National Urban League

- NTCA-The Rural Broadband Association

- OCA-Asian Pacific American Advocates

- One Ministries, Inc.

- Optimum Communications

- Public Citizen

- Representative Robin L. Kelly

- Representative Steven Horsford

- Representative Troy A. Carter, Sr.

- Representative Wesley Bell

- SAG-AFTRA

- Sean Patrick Patterson

- Sikh American Legal Defense and Education Fund

- Sinclair Inc.

- TEGNA Inc.

- Terry B

- The Leadership Conference on Civil and Human Rights

- TIG Advisors LLC

- Writers Guild of America East

- Writers Guild of America West

**B.    Ruling Under Review.**

The ruling under review is the March 19, 2026 Media Bureau order granting the applications to transfer control of broadcast licenses held by TEGNA Inc. to Nexstar Media Group, Inc.

**C.    Related Cases.**

Except for the lead and consolidated case, counsel for the undersigned parties is not aware of any other related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

5

Respectfully submitted,

s/Paul D. Clement

JONATHAN A. FRIEDMAN
MICHAEL D. HURWITZ
SAMUEL H. ECKLAND
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006

PAUL D. CLEMENT
JAMES Y. XI
KEVIN WYNOSKY
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Appellants/Petitioners Broadband Communications Association of Pennsylvania; Broadband Communications Association of Washington; Indiana Cable and Broadband Association; Mississippi Internet and Television; Tennessee Cable & Broadband Association, and VCTA – Broadband Association of Virginia*

MARK I. BAILEN P.C.
BAILEN LAW
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(202) 656-0422
mb@bailenlaw.com

*Counsel for Appellant/Petitioner Newsmax Media Inc.*

April 20, 2026

6

## CERTIFICATE OF SERVICE

I certify that, on April 20, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.

<u>s/Paul D. Clement</u>
Paul D. Clement