ORAL ARGUMENT NOT YET SCHEDULED

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| BROADBAND COMMUNICATIONS ASSOCIATION OF PENNSYLVANIA, ET AL., | ) ) ) ) | |
| *Appellants*, | ) ) ) | |
| v. | ) ) | Nos. 26-1062 (lead), 26-1065 |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) ) | |
| *Appellee*. | ) ) ) | |

## NOTICE OF INTERVENOR NEXSTAR MEDIA INC.'S JOINDER IN APPELLEE'S MOTION TO DISMISS

Intervenor Nexstar Media Inc. hereby joins the FCC's motion to dismiss. For the reasons articulated in Nexstar's opposition to Appellants' emergency motions, this Court lacks subject matter jurisdiction over the appeals. *See* Intervenor Nexstar Media Inc's Opposition to Motions for Stay and Injunction Pending Appeal at 9-12 (Document #2165735) (filed Mar. 26, 2026); *see also* Order at 1-2 (Document #2170860) (issued Apr. 28, 2026).

1

May 5, 2026                                    Respectfully Submitted,

                                               */s/ Thomas M. Johnson, Jr.*
                                               Thomas M. Johnson, Jr.
                                               Kathleen A. Kirby
                                               Jeremy J. Broggi
                                               Eve Klindera Reed
                                               Boyd Garriott
                                               **WILEY REIN LLP**
                                               2050 M Street NW
                                               Washington, DC 20036
                                               (202) 719-7000
                                               TMJohnson@wiley.law

                                               *Counsel for Nexstar Media Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify:

This Notice complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 64 words.

This Notice also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word in 14-point proportionally spaced Times New Roman font.  *See* Fed. R. App. P. 27(d)(1)(E).

May 5, 2026                                          */s/ Thomas M. Johnson, Jr.*
                                                                Thomas M. Johnson, Jr.

## CERTIFICATE OF SERVICE

I certify that on May 5, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Thomas M. Johnson, Jr.*
Thomas M. Johnson, Jr.