# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1062**                    **September Term, 2025**

**FCC-25-331**

**Filed On: May 13, 2026** [2173143]

Broadband Communications Association of
Pennsylvania, et al.,

       Appellants

    v.

Federal Communications Commission,

       Appellee

------------------------------

DIRECTV, LLC and Nexstar Media Inc.,
                  Intervenors
------------------------------

Consolidated with 26-1065

## O R D E R

       Upon consideration of the unopposed motion for extension of time to respond to the motion to dismiss, it is

       **ORDERED** that the motion for extension of time be granted.  Responses to the motion to dismiss are now due May 29, 2026.

                 **FOR THE COURT:**
                 Clifton B. Cislak, Clerk

      BY:   /s/
            Louis Karl Fisher
            Deputy Clerk